IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HECTOR LUIS ALONSO ALVELO** *and*                                           **PLAINTIFFS**
**MARIA DOLORES RIOS BURGOS**

**v.**                                                         **CIVIL ACTION NO. 1:23-cv-17-TBM-RPM**

**JUAN BATISTA RIVERA CASANOVAS,**
**CARMEN ELISA DE LEON OTERO,** *and*
**JOSE RIVERA CASANOVAS**                                                     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion entered this date, this action should be transferred to the United States District Court for the District of Puerto Rico.

The Clerk of the Court is directed to transfer this case to the United States District Court for the District of Puerto Rico. This CASE is CLOSED.

THIS, the 1st day of August, 2023.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE